NATIONAL BANK OF VIRGINIA v. J. S. CARR.

*Action on Note—Parties—Liability of Endorsers.*

The owner of a note endorsed by the payees for the accommodation of the maker may sue any one of several endorsers without joining the maker or any other endorser.

CIVIL ACTION tried before *Timberlake, J.,* at June (Special) Term, 1897, of DURHAM Superior Court. The facts appear in the opinion. From a judgment for the plaintiff the defendant appealed.

*Messrs. Winston & Fuller,* for plaintiff.
*Messrs. Guthrie & Guthrie,* for defendant (appellant).

FAIRCLOTH, C. J.:  C. G. Holland made his promissory note payable to J. S. Carr and John W. Holland, and said payees endorsed said note for the accommodation of C. G. Holland and in the regular course of business said note became the property of the plaintiff, who brings this action against J. S. Carr alone. The defendant insisted that the administrator of C. G. Holland, and John W. Holland, and one Green to whom C. G. Holland had conveyed some property in trust to indemnify said John W. Holland against loss by reason of said endorsement, should be made parties defendant before the plaintiff could recover against him, the

121—15

present defendant. The defendant's counsel failed to cite any authority in support of his contention, and we are not aware of any.

A note signed by the principal and sureties is a joint and several obligation to pay money, and the owner may sue all or either of the obligors; and endorsers may be sued likewise. *Code*, Sections 41 and 50. We see no error in the record.

Judgment affirmed.